

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 26, 2019

_United States Bankruptcy Judge_

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JORGE CHAVEZ GARCIA, | § § | NO. 18-33930-SGJ13 |
| Debtor. | § | (Chapter 13) |

## ORDER AMENDING ORDER SIGNED ON JANUARY 8, 2019 BY DISMISSING CASE WITH PREJUDICE TO REFILING FOR 180 DAYS

On January 8, 2019, this Court entered an Order Dismissing Case following Debtor's failure to submit appropriate documents provided by Section 1321 and Sections 521(a)(1) and/or 521(b) of the United States Bankruptcy Code and by Federal Rules of Bankruptcy Procedure 3015(b) and 1007(c).

On February 7, 2019, this Court considered Wayne Vance, Celso Duran, Francisco Perez, Gladys Barner, and Angela Galvis Schnuerle's Motion To Amend Order Signed on January 8, 2019 by Dismissing Case with Prejudice to Refiling For 180 Days and finds that said Motion should be **GRANTED** in its entirety.

It is therefore **ORDERED** that this Court hereby amends the Order Dismissing Case signed on January 8, 2019 pursuant to General Order 2017-01 by GRANTING Wayne Vance, Celso Duran, Francisco Perez, Gladys Barner, and Angela Galvis Schnuerle's Motion to Amend Order Signed on January 8, 2019 by Dismissing Case with Prejudice to Refiling for 180 Days and by dismissing this current Chapter 13 bankruptcy petition filed by Debtor Jorge Chavez Garcia in the above-styled and numbered Chapter 13 proceeding.

# # # End of Order # # #

Order submitted by:
Bennett A. Moss
901 Main Street, Suite 4000
Dallas, TX 75202
BMoss@zelle.com
Tel: (214) 749-4225
Fax (214) 760-8994